McGREGOR W. SCOTT
United States Attorney
VINCENTE A. TENNERELLI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA AND STATE OF CALIFORNIA, *ex rel*. THOMAS TURNER,<br><br>Plaintiffs,<br><br>v.<br><br>DYNAMIC MEDICAL SYSTEMS LLC; JOERNS HEALTHCARE LLC; COVENANT CARE CALIFORNIA LLC; MARINER HEALTH CARE MANAGEMENT COMPANY; PLUM HEALTHCARE GROUP LLC; CAMBRIDGE HEALTHCARE SERVICES, and INVACARE CORPORATION,<br><br>Defendants. | CASE NO. 1:17-CV-01757-LJO-SAB<br><br>JOINT NOTICE OF THE UNITED STATES AND THE STATE OF CALIFORNIA THAT THEY ARE NOT INTERVENING AT THIS TIME<br><br>**FILED UNDER SEAL** |

In its last Order, dated March 20, 2019, the Court indicated that the United States and the State (collectively, the "Government") must make its intervention decision on or before September 4, 2019, and that no further extensions of time would be granted. [Dkt. No. 13]. The Government's investigation has not been completed and, as such, the Government is not able to decide, as of the Court's deadline, whether to proceed with the action. Accordingly, the Government hereby notifies the Court that it is not intervening at this time. However, the Government's investigation will continue.

Although the Government is not intervening at this time, it respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give

written consent to the dismissal and their reasons for consenting." *Id.*  Similarly, the California False Claims Act provides that a *qui tam* action "may be dismissed only with the written consent of the court and the Attorney General or prosecuting authority of a political subdivision, or both, as appropriate under the allegations of the civil action, taking into account the bests interests of the parties involved and the public purposes behind this act." Cal. Gov't Code § 12652.

    The United States Court of Appeals for the Ninth Circuit has held that, notwithstanding the language of 31 U.S.C. § 3730(b)(1), the United States has the right only to a hearing when it objects to a settlement or dismissal of the action.  *U.S. ex rel. Green v. Northrop Corp.*, 59 F.3d 953, 959 (9th Cir. 1995); *U.S. ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 723-25 (9th Cir. 1994).  Therefore, the Government requests that, should either the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court provide the Government with notice and an opportunity to be heard before ruling or granting its approval.

    Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the Government requests that all pleadings filed in this action be served upon the United States and the State; the Government also requests that orders issued by the Court be sent to the Government's counsel.  The Government reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim.  The Government also requests that it be served with all notices of appeal.

    Finally, the Government requests that the relator's Complaint, Amended Complaint, this Notice, and the attached proposed Order be unsealed.  The Government requests that all other papers on file in this action remain under seal because in discussing the content and extent of the Government's investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

///

///

///

///

A proposed order accompanies this notice.

Dated: September 4, 2019                                          McGREGOR W. SCOTT
                                                                                        United States Attorney

                                                                           By:   /s/ VINCENTE A. TENNERELLI
                                                                                        VINCENTE A. TENNERELLI
                                                                                        Assistant United States Attorney

## CERTIFICATE OF SERVICE BY U.S. MAIL

The undersigned hereby certifies that he is a contractor working on behalf of the United States Attorney's Office for the Eastern District of California, and is a person of such age and discretion to be competent to serve papers.

That on September 4, 2019, he served a copy of:

**JOINT NOTICE OF THE UNITED STATES AND THE STATE OF CALIFORNIA THAT THEY ARE NOT INTERVENING AT THIS TIME**

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States Mail at Fresno, California.

Addressee(s):

Justin T. Berger (SBN 250346)
Adam Shapiro (SBN 267429)
COTCHETT, PITRE & McCARTHY, LLP
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

Attorneys for Relator

Jennifer Gregory
Deputy Attorney General
California Department of Justice
2329 Gateway Oaks Drive, Suite 200
Sacramento, CA 95833

Attorneys for State of California

/s/ Adrian Quintero-Villegas
Adrian Quintero-Villegas