McGREGOR W. SCOTT
United States Attorney
VINCENTE A. TENNERELLI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA AND STATE OF CALIFORNIA, *ex rel.* THOMAS TURNER,<br><br>Plaintiffs,<br><br>v.<br><br>DYNAMIC MEDICAL SYSTEMS LLC; JOERNS HEALTHCARE LLC; COVENANT CARE CALIFORNIA LLC; MARINER HEALTH CARE MANAGEMENT COMPANY; PLUM HEALTHCARE GROUP LLC; CAMBRIDGE HEALTHCARE SERVICES, and INVACARE CORPORATION,<br><br>Defendants. | CASE NO. 1:17-CV-01757-LJO-SAB<br><br>ORDER |

The United States and the State of California (collectively, the "Government") having not intervened in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the Court rules as follows:

IT IS ORDERED that,

1. The Complaint and Amended Complaint be unsealed and served upon the defendants by the relator;

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and the Notice of the United States and the State of California that they are not Intervening at this time, which the relator will serve upon the

ORDER 1

defendant only after service of the complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States and the State of California, as provided for in 31 U.S.C. § 3730(c)(3) and Cal. Gov't Code § 12652(f)(1). The Government may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the United States and the State of California;

6. All orders of this Court will be sent to the United States and the State of California; and that

7. Should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States and the State of California with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

Dated: **September 16, 2019**      /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE