**BARNES & THORNBURG, LLP**
Eric J. Beste (CSBN 226089)
655 West Broadway, Suite 900
San Diego, CA 92101-8484
Telephone: 619-321-5015
Facsimile: 310-284-3894
Email: Eric.Beste@btlaw.com
Attorneys for Defendant Plum Healthcare Group LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA *ex rel.* THOMAS TURNER,<br><br>Plaintiffs,<br><br>v.<br><br>DYNAMIC MEDICAL SYSTEMS, LLC, *et al.*,<br><br>Defendants. | Case No. 1:17-CV-01757-LJO-SAB<br><br>**DEFENDANT PLUM HEALTHCARE GROUP LLC'S CORPORATE DISCLOSURE STATEMENT UNDER FED. R. CIV. PROC. 7.1**<br><br>Complaint Filed: December 28, 2017<br>Trial Date: Not set<br>Judge: Lawrence J. O'Neill |

Defendant, Plum Healthcare Group LLC, through its undersigned counsel, hereby submits its Corporate Disclosure Statement under Fed. R. Civ. Proc. 7.1.

Defendant Plum Healthcare Group LLC states that it is a nongovernmental party and hereby certifies that Plum Healthcare Group LLC is a wholly owned subsidiary of Flower Farm Group, LLC, and no publicly-traded corporation owns 10% or more of the shares of Plum Healthcare Group LLC.

Dated: December 21, 2019             Respectfully submitted,

                                     BARNES & THORNBURG, LLP

                                     *s/ Eric J. Beste*
                                     Eric J. Beste
                                     Attorney for Defendant Plum Healthcare LLC

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
SAN DIEGO

***FRCP 7.1 CORPORATE DISCLOSURE STATEMENT***