# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | Case No. 1:17-cv-01757-LJO-SAB |
| Plaintiff, | ORDER REQUIRING PLAINTIFFS TO FILE STATEMENT OF INTENT TO FILE AN OPPOSITION OR STATEMENT OF NON-OPPOSITION TO STIPULATED MOTION TO AMEND BRIEFING SCHEDULE ON MOTIONS TO DISMISS |
| vs. | |
| DYNAMIC MEDICAL SYSTEMS, LLC, et al., | |
| Defendants. | (ECF No. 50) |

On November 25, 2019, an order was filed setting a briefing schedule for motions to dismiss to be filed in this matter. On December 27, 2019, the parties filed a Stipulated Motion to Amend the Briefing Schedule. (ECF No. 50.) However, the motion is not signed by the plaintiffs in this matter.

Therefore, IT IS HEREBY ORDERED that the Plaintiffs shall file a statement of intent to file an opposition or a statement of non-opposition to this motion on or before **January 3, 2020**.

IT IS SO ORDERED.

Dated: **January 2, 2020**

UNITED STATES MAGISTRATE JUDGE