JUSTIN T. BERGER (SBN 250346)
jberger@cpmlegal.com
SARVENAZ "NAZY" J. FAHIMI (SBN 226148)
sfahimi@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Relator*

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA AND THE STATE OF CALIFORNIA** *ex rel.* **THOMAS TURNER,**<br><br>Plaintiffs,<br><br>v.<br><br>**DYNAMIC MEDICAL SYSTEMS LLC,; JOERNS HEALTHCARE LLC.; COVENANT CARE CALIFORNIA LLC; MARINER HEALTH CARE MANAGEMENT COMPANY; PLUM HEALTHCARE GROUP LLC; and CAMBRIDGE HEALTHCARE SERVICES,**<br><br>Defendants. | CASE NO. 1:17-cv-01757-LJO-SAB<br><br>**RELATOR'S STATEMENT OF NON-OPPOSITION TO THE STIPULATED MOTION TO AMEND BRIEFING SCHEDULE ON MOTION TO DISMISS** |

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

**RELATOR'S STATEMENT OF NON-OPPOSITION TO THE STIPULATED MOTION TO AMEND BRIEFING SCHEDULE ON MOTION TO DISMISS;**
Case No. 1:17-cv-01757-LJO-SAB

**TO THE CLERK OF THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

Relator respectfully submits this Statement of Non-Opposition to the Stipulated Motion to Amend Briefing Schedule on Motion to Dismiss. Additionally, Relator respectfully requests that the Court continue the Case Management Conference, currently set for May 26, 2020, to June 9, 2020, or as soon thereafter as the Court is available, as lead counsel for Relator will be out of the country on May 26, 2020. Counsel for Defendants have indicated that they do not oppose so continuing the Case Management Conference.

Dated: January 3, 2020                    **COTCHETT, PITRE & McCARTHY, LLP**

By:  */s/ Justin T. Berger*
        JUSTIN T. BERGER
        SARVENAZ "NAZY" J. FAHIMI

*Attorneys for Relator Thomas Turner*

LAW OFFICES
COTCHETT, PITRE & MCCARTHY, LLP

**RELATOR'S STATEMENT OF NON-OPPOSITION TO THE STIPULATED MOTION TO AMEND BRIEFING SCHEDULE ON MOTION TO DISMISS; Case No. 1:17-cv-01757-LJO-SAB**                1