1

2

3

4

5

6

7

8                      **UNITED STATES DISTRICT COURT**

9                      **EASTERN DISTRICT OF CALIFORNIA**

10

11   UNITED STATES OF AMERICA, et al.,        Case No. 1:17-cv-01757-LJO-SAB

12              Plaintiff,                     ORDER GRANTING STIPULATED
                                               MOTION TO AMEND BRIEFING
13       vs.                                   SCHEDULE ON MOTIONS TO DISMISS
                                               AND CONTINUING SCHEDULING
14   DYNAMIC MEDICAL SYSTEMS, LLC, et          CONFERENCE
     al.,
15                                             (ECF No. 50)
                Defendants.
16

17
              On November 25, 2019, an order was filed setting a briefing schedule for motions to
18
     dismiss to be filed in this matter.  On December 27, 2019, the parties filed a Stipulated Motion to
19
     Amend the Briefing Schedule.  (ECF No. 50.)  At the order of the Court, Plaintiff filed a statement
20
     of non-opposition and requested that the mandatory scheduling conference be continued in this
21
     matter.
22
              Upon consideration of the Stipulated Motion to Amend Briefing Schedule on Motions to
23
     Dismiss and Plaintiff's statement of non-opposition, IT IS HEREBY ORDERED that:
24
              1.     The Stipulated Motion to Amend the Schedule on Motions to Dismiss is
25
                     GRANTED;
26
              2.     Defendants shall file any motions to dismiss on or before **January 29, 2020**;
27
              3.     Plaintiff's response to any motions to dismiss shall be filed on or **before February**
28

1     **26, 2020**;

2     4.     Defendants' replies, if any, shall be filed on or before **March 11, 2020**;

3     5.     The hearing on any motions to dismiss is CONTINUED from February 5, 2020

4     until **March 18, 2020, at 8:30 a.m.** in Courtroom 4;

5     6.     The mandatory scheduling conference is continued from May 26, 2020 to **June 9,**

6     **2020 at 10:30 a.m.** in Courtroom 9; and

7     7.     The parties shall file a joint scheduling report seven (7) days prior to the continued

8     scheduling conference date.

9

10 IT IS SO ORDERED.

11 Dated:   **January 6, 2020**

12                    UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28