**MORGAN, LEWIS & BOCKIUS LLP**
Scott A. Memmott, *pro hac vice*
scott.memmott@morganlewis.com
Howard J. Young, *pro hac vice*
howard.young@morganlewis.com
Kayla Stachniak Kaplan, *pro hac vice*
kayla.kaplan@morganlewis.com
Jonelle Saunders, *pro hac vice*
jonelle.saunders@morganlewis.com
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
Tel:     +1.202.739.3000
Fax:     +1.202.739.3001

Brian M. Jazaeri, Bar No. 221144
brian.jazaeri@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:     +1.213.612.2500
Fax:     +1.213.612.2501

*Attorneys for Defendants*
*Dynamic Medical Systems, LLC and*
*Joerns Healthcare, LLC*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES EX REL. TURNER**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **DYNAMIC MEDICAL SYSTEMS, LLC**, *et al.*, <br><br> Defendants. | Case No. 1:17-CV-01757-LJO-SAB <br><br> **NOTICE OF MOTION AND MOTION TO DISMISS THE FIRST AMENDED COMPLAINT BY DEFENDANTS DYNAMIC MEDICAL SYSTEMS, LLC AND JOERNS HEALTHCARE, LLC** <br><br> Date:     March 18, 2020 <br> Time:     8:30 AM <br> Ctrm.:    4 (7th Floor) <br> Judge:    Lawrence J. O'Neill |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

DEFENDANTS DMS' & JOERNS'
MOTION TO DISMISS
1:17-CV-01757-LJO-SAB

**TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on March 18, 2020 at 8:30 AM, or as soon thereafter as the matter may be heard before the Honorable Lawrence J. O'Neill of the United States District Court for the Eastern District of California, at the United States Courthouse, 2500 Tulare Street, Seventh Floor, Fresno, CA 93721, Defendants Dynamic Medical Systems, LLC and Joerns Healthcare, LLC (collectively, "Defendants"), by and through their attorneys, will and hereby do move for an order dismissing the First Amended Complaint of Relator Thomas Turner ("Relator") with prejudice pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and granting Defendants such other and further relief as the Court deems just and proper.

As set forth in the accompanying brief, Relator's First Amended Complaint, alleging violations of the federal False Claims Act ("FCA") and the California False Claims Act, fails to plead these violations with the particularity required by Rule 9(b) and otherwise fails to state claims for which relief can be granted under Rule 12(b)(6). Among other deficiencies, the First Amended Complaint fails to allege a single claim presented for payment to Medicare or Medi-Cal as required by the FCA, or alternatively, a scheme to submit false claims supported by sufficient indicia of reliability to establish a strong inference that false claims actually were submitted. Relator will not be able to address these shortcomings through re-pleading, in part because the Share of Cost program does not implicate government funds. Even if a claim for payment could be pleaded, Defendants' practices constitute reasonable interpretations of ambiguous Medi-Cal provisions on which the First Amended Complaint's discriminatory billing allegations are based. Moreover, the very same allegations in the First Amended Complaint as to both discriminatory billing and "swapping" already were publicly disclosed by the State of California as the result of routine Medi-Cal audits resulting in administrative litigation that occurred well before the time that Relator filed this parasitic action.

This motion is based on this Notice of Motion and Motion; the accompanying Brief in Support of Defendants' Motion to Dismiss the First Amended Complaint; the accompanying

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

DEFENDANTS DMS' & JOERNS'
MOTION TO DISMISS
1:17-CV-01757-LJO-SAB

Declaration of Scott A. Memmott, dated January 29, 2020, with attached exhibits in support thereof; the pleadings and proceedings in this action; and on such other written and oral argument as may be presented to the Court.

Dated:    January 29, 2020

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By  */s/ Scott A. Memmott*
    Scott A. Memmott

    *Attorneys for Defendants*
    *Dynamic Medical Systems, LLC and*
    *Joerns Healthcare, LLC*

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

3

DEFENDANTS DMS' & JOERNS'
MOTION TO DISMISS
1:17-CV-01757-LJO-SAB