# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DYNAMIC MEDICAL SYSTEMS, LLC, et al.,<br><br>Defendants. | Case No. 1:17-cv-01757-NONE-SAB<br><br>ORDER REQUIRING DEFENDANTS DYNAMIC MEDICAL SYSTEMS, LLC, JOERNS HEALTHCARE, LLC, PLUM HEALTHCARE GROUP, LLC, AND CAMBRIDGE HEALTHCARE SERVICES TO FILE STATEMENT OF INTENT TO FILE AN OPPOSITION OR STATEMENT OF NON-OPPOSITION TO MOTION TO AMEND BRIEFING SCHEDULE<br><br>(ECF No. 69) |

Currently before the Court is a stipulated motion to further amend the briefing schedule on Defendants' motions to dismiss. (ECF No. 69.) On November 25, 2019, an order was filed setting a briefing schedule for motions to dismiss to be filed in this matter. (ECF No. 45.) On January 6, 2020, the Court granted a stipulated motion to amend the briefing schedule and set the following dates: (1) Defendants to file any motion to dismiss on or before January 29, 2020; (2) Plaintiffs' response due on or before February 26, 2020; (3) Defendants' reply due on or before March 11, 2020; (4) hearing on motion continued to March 18, 2020, at 8:30 a.m. in Courtroom 4; and (5) a mandatory scheduling conference set for June 9, 2020, at 10:30 a.m. in Courtroom 9. (ECF No. 53.)

On January 29, 2020, Defendants filed multiple motions to dismiss. (ECF Nos. 59, 60, 64, 67.) On February 26, 2020, certain parties filed a stipulated motion to further amend the

briefing schedule on the motions to dismiss. (ECF No. 69.) The parties proffer that "[i]n light of the extensive issues raised by the four Motions to Dismiss that have been filed, and the Court's order Unassigning District Judge, Relator Thomas Turner through his counsel respectfully requests that the Court extend Relator's deadline to file oppositions to the Motions to Dismiss by three weeks." (ECF No. 69 at 3.) The filing further states "Relator's counsel has conferred with counsel for Defendants Mariner Health Care Management Company and Covenant Care California, LLC, counsel for Joerns and Dynamic Medical Systems, LLC, as well as counsel for Plum Healthcare Group, LLC and all agree that the proposed briefing schedule will afford the parties an opportunity to file briefs focused on material issues for the Court's consideration." (Id.)

While the filing indicates that these Defendants agree the proposed schedule will confer such "opportunity," the filing is only signed by counsel for Defendants Mariner Health Care Management Company and Covenant Care California, LLC. (ECF No. 69 at 4.) The stipulated motion is not signed on behalf of Defendants Dynamic Medical Systems, LLC, Joerns Healthcare, LLC, Plum Healthcare Group, LLC, nor Cambridge Healthcare Services.[1] These Defendants who did not join the stipulated motion have all filed motions to dismiss. (ECF Nos. 60, 64, 67.)

Accordingly, IT IS HEREBY ORDERED that Defendants Dynamic Medical Systems, LLC, Joerns Healthcare, LLC, Plum Healthcare Group, LLC, and Cambridge Healthcare Services shall file a statement of intent to file an opposition or a statement of non-opposition to this motion on or before February 28, 2020.

IT IS SO ORDERED.

Dated: **February 26, 2020**

UNITED STATES MAGISTRATE JUDGE

---

[1] While Invacare Corporation appears as a defendant on the docket, and a summons was issued, it does not appear a summons was returned executed nor that they have appeared in the action. (ECF No. 19.)

2