# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>DYNAMIC MEDICAL SYSTEMS, LLC, et al.,<br><br>　　　　　　　Defendants. | Case No. 1:17-cv-01757-NONE-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY BRIEFING SCHEDULE<br><br>(ECF Nos. 69, 70, 71, 72) |

Currently before the Court is a stipulated motion to further amend the briefing schedule on Defendants' motions to dismiss. (ECF No. 69.) On November 25, 2019, an order was filed setting a briefing schedule for motions to dismiss to be filed in this matter. (ECF No. 45.) On January 6, 2020, the Court granted a stipulated motion to amend the briefing schedule and set the following dates: (1) Defendants to file any motion to dismiss on or before January 29, 2020; (2) Plaintiffs' response due on or before February 26, 2020; (3) Defendants' reply due on or before March 11, 2020; (4) hearing on motion continued to March 18, 2020, at 8:30 a.m. in Courtroom 4; and (5) a mandatory scheduling conference set for June 9, 2020, at 10:30 a.m. in Courtroom 9. (ECF No. 53.)

On January 29, 2020, the following Defendants filed motions to dismiss: (1) Covenant Care California, LLC, and Mariner Health Care Management Company, jointly (ECF No. 59); (2) Dynamic Medical Systems, LLC, and Joerns Healthcare, LLC, jointly (ECF No. 60); (3)

Cambridge Healthcare Services (ECF No. 64); and (4) Plum Healthcare, LLC (ECF No. 67). Defendant Plum Healthcare, LLC, also filed a motion to join the motion to dismiss filed by Dynamic Medical Systems, LLC, and Joerns Healthcare, LLC. (ECF No. 65.)

On February 26, 2020, the stipulated motion to further amend the briefing schedule on the motions to dismiss was filed. (ECF No. 69.) The stipulating parties proffer that "[i]n light of the extensive issues raised by the four Motions to Dismiss that have been filed, and the Court's order Unassigning District Judge, Relator Thomas Turner through his counsel respectfully requests that the Court extend Relator's deadline to file oppositions to the Motions to Dismiss by three weeks." (ECF No. 69 at 3.) The filing further states "Relator's counsel has conferred with counsel for Defendants Mariner Health Care Management Company and Covenant Care California, LLC, counsel for Joerns and Dynamic Medical Systems, LLC, as well as counsel for Plum Healthcare Group, LLC and all agree that the proposed briefing schedule will afford the parties an opportunity to file briefs focused on material issues for the Court's consideration." (Id.)

The filed stipulation was only signed by counsel for Defendants Mariner Health Care Management Company and Covenant Care California, LLC. (ECF No. 69 at 4.) The stipulated motion was not signed on behalf of Defendants Dynamic Medical Systems, LLC, Joerns Healthcare, LLC, Plum Healthcare Group, LLC, nor Cambridge Healthcare Services.[1] These Defendants who did not join the stipulated motion have all filed motions to dismiss. (ECF Nos. 60, 64, 67.) To address this, on February 26, 2020, the Court ordered Defendants Dynamic Medical Systems, LLC, Joerns Healthcare, LLC, Plum Healthcare Group, LLC, and Cambridge Healthcare Services, to file a statement of intent to file an opposition or a statement of non-opposition to the stipulated motion, on or before February 28, 2020.

On February 27, 2020, Defendant Plum Healthcare Group, LLC, filed a statement of non-opposition indicating they join in the request to extend the deadline for filing a response to the motions to dismiss. (ECF No. 71.) On February 28, 2020, Defendants Dynamic Medical

---

[1] While Invacare Corporation appears as a defendant on the docket, and a summons was issued, it does not appear a summons was returned executed nor that they have appeared in the action. (ECF No. 19.)

1 Systems, LLC, and Joerns Healthcare, LLC, jointly filed a statement of non-opposition. (ECF
No. 72.) Defendant Cambridge Healthcare Services has not filed either a statement of non-opposition nor a statement of intent to file an opposition to the stipulated motion, and the deadline for doing so has now expired.

Upon consideration of the stipulated motion to amend the briefing schedule and the statements of non-opposition, IT IS HEREBY ORDERED that:

1. The stipulated motion to amend the briefing schedule (ECF No. 69) is GRANTED;
2. Responses to the motions to dismiss shall be filed on or before March 18, 2020;
3. Defendants' replies, if any, shall be filed on or before April 8, 2020; and
4. The hearing on the motions to dismiss set for March 18, 2020, at 8:30 a.m. in Courtroom 4 is VACATED.[2]

IT IS SO ORDERED.

Dated: **March 2, 2020**

UNITED STATES MAGISTRATE JUDGE

---

[2] As stated in the order unassigning district judge issued on February 3, 2020, "all motions filed before the undersigned in civil cases will be deemed submitted upon the record and briefs pursuant to Local Rule 230(g). The hearing date chosen by the moving party will nonetheless govern the opposition and reply filing deadlines pursuant to Local Rule 230(c)." (ECF No. 68-1 at 3.) Given this order dictates the opposition and reply deadlines, a new hearing date is not required for such purpose. If the district judge wishes to hear oral arguments on the motions, a hearing may be scheduled.