# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DYNAMIC MEDICAL SYSTEMS, LLC, et al., <br><br> Defendants. | Case No.  1:17-cv-01757-NONE-SAB <br><br> ORDER REQUIRING PARTIES TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION TO STAY DISCOVERY AND CONTINUE SCHEDULING CONFERENCE <br><br> (ECF No. 84) |

On May 19, 2020, Defendants Dynamic Medical Systems, LLC, Joerns Healthcare, LLC, Plum Healthcare Group, LLC, Covenant Care California, LLC, Mariner Health Care Management Company, and Cambridge Healthcare Services ("Defendants"),[1] filed a motion to stay discovery and continue the scheduling conference currently scheduled for June 9, 2020, due to pending motions to dismiss this action. (ECF No. 84.) Defendants have noticed the hearing on the motion for the same date as the scheduling conference, June 9, 2020. (Id.) Prior to the filing of the instant motion, Defendants conferred with counsel for Relator via email and telephone, and counsel for Relator represented that Relator will file an opposition to the instant requests for both the continuance of the scheduling conference and for the stay of discovery. (ECF No. 84 at 4.)

---

[1] While Invacare Corporation appears as a defendant on the docket, and a summons was issued, it does not appear a summons was returned executed nor that they have appeared in the action. (ECF No. 19.)

1

The notice period for Defendants' motion does not comply with the twenty-eight (28) day period for normal civil motions under the Local Rules, and if construed entirely as a discovery motion Local Rule 251 under the twenty-one (21) day notice period, does not comply with that Rule's requirement for a joint statement regarding the discovery disagreement.  L.R. 230, 251. Nonetheless, given the limited content of the motion and issues underlying the motion, and the fact that the scheduling conference is scheduled for the same day as the hearing, the Court shall allow the motion to proceed as noticed, and order all parties not joining in Defendants' motion to file either a statement of non-opposition, or an opposition brief within the deadlines put forth below.  See L.R. 230 ("Except as otherwise provided in these Rules or as ordered or allowed by the Court, all motions shall be noticed on the motion calendar of the assigned Judge or Magistrate Judge . . . not less than twenty-eight (28) days after service."); L.R. 251(d) ("Refusal of any counsel to participate in a discovery conference, or refusal without good cause to execute the required joint statement, shall be grounds, in the discretion of the Court, for entry of an order adverse to the party represented by counsel so refusing or adverse to counsel."); L.R. 102 ("Unless contrary to law, the Court in its discretion may make such orders supplementary or contrary to the provisions of these Rules as it may deem appropriate and in the interests of justice and case management under Fed. R. Civ. P. 16 or Fed. R. Crim. P. 17.1 in a special circumstance.").

Accordingly, IT IS HEREBY ORDERED that any party that has not joined in the Defendants' motion (ECF No. 84), shall file either a statement of non-opposition or an opposition brief on or before June 2, 2020.

IT IS SO ORDERED.

Dated:   **May 21, 2020**

UNITED STATES MAGISTRATE JUDGE