# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DYNAMIC MEDICAL SYSTEMS, LLC, et al.,<br><br>Defendants. | Case No. 1:17-cv-01757-NONE-SAB<br><br>ORDER DISCHARGING ORDER REQUIRING RELATOR TO SHOW CAUSE WHY DEFENDANT INVACARE CORPORATION SHOULD NOT BE DISMISSED FROM THIS ACTION FOR FAILURE TO SERVE IN COMPLIANCE WITH FEDERAL RULE OF CIVIL PROCEDURE 4(m)<br><br>(ECF Nos. 90, 92) |

On June 8, 2020, an order issued requiring Thomas Turner ("Relator") to show cause why Invacare Corporation should not be dismissed from this action for failure to serve in compliance with Rule 4(m) of the Federal Rules of Civil Procedure. On June 12, 2020, a summons was returned executed for Invacare Corporation and a response to the order to show cause was filed. Upon review of the response, and since service has now been effected, the June 8, 2020 order requiring relator to show cause why Defendant Invacare Corporation should not be dismissed for failure to serve is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **June 16, 2020**

UNITED STATES MAGISTRATE JUDGE