| | |
|---|---|
| 1 | **MORGAN, LEWIS & BOCKIUS LLP** |
| 2 | Scott A. Memmott, *pro hac vice* <br> scott.memmott@morganlewis.com |
| 3 | Howard J. Young, *pro hac vice* <br> howard.young@morganlewis.com |
| 4 | Kayla Stachniak Kaplan, *pro hac vice* <br> kayla.kaplan@morganlewis.com |
| 5 | Jonelle Saunders, *pro hac vice* <br> jonelle.saunders@morganlewis.com |
| 6 | 1111 Pennsylvania Avenue, NW <br> Washington, DC 20004-2541 |
| 7 | Tel:   +1.202.739.3000 <br> Fax:  +1.202.739.3001 |
| 8 | Brian M. Jazaeri, State Bar No. 221144 |
| 9 | brian.jazaeri@morganlewis.com <br> 300 South Grand Avenue |
| 10 | Twenty-Second Floor <br> Los Angeles, CA  90071-3132 |
| 11 | Tel:   +1.213.612.2500 <br> Fax:  +1.213.612.2501 |
| 12 | *Attorneys for Defendants Dynamic Medical Systems,* |
| 13 | *LLC and Joerns Healthcare, LLC* |
| 14 | **BARNES & THORNBURG, LLP** <br> Eric J. Beste, State Bar No. 226089 |
| 15 | Eric.Beste@btlaw.com <br> 655 West Broadway, Suite 900 |
| 16 | San Diego, CA 92101 <br> Tel:   +1.619.321.5015 |
| 17 | Fax:  +1.310.284.3894 |
| 18 | *Attorneys for Defendant Plum Healthcare Group LLC* |
| 19 | **HOOPER, LUNDY & BOOKMAN, P.C.** <br> Scott J. Kiepen, State Bar No. 175504 |
| 20 | skiepen@health-law.com |
| 21 | Katrina A. Pagonis, State Bar No. 262890 <br> kpagonis@health-law.com |
| 22 | Stephanie A. Gross, State Bar No. 307728 <br> sgross@health-law.com |
| 23 | 101 Montgomery Street, 11th Floor <br> San Francisco, CA 94104 |
| 24 | Tel:   +1.415.875.8500 <br> Fax:  +1.415.986.2157 |
| 25 | |
| 26 | Andrew H. Struve, State Bar No. 200803 <br> astruve@health-law.com |
| 27 | Joseph R. Lamagna, State Bar No. 246850 <br> jlamagna@health-law.com |
| 28 | 101 W. Broadway, Suite 1200 |

San Diego, CA 92101-3890
Tel:    +1.619.744.7300
Fax:    +1.619.230.0987

Bridget A. Gordon, State Bar No. 287098
bgordon@health-law.com
1875 Century Park East, Suite 1600
Los Angeles, CA 90067
Tel:    +1.310.551.8111
Fax:    +1.310.551.8181

*Attorneys for Defendants Covenant Care California, LLC and Mariner Health Care Management Company*

**NELSON HARDIMAN LLP**
Mark Hardiman, State Bar No. 136602
mhardiman@nelsonhardiman.com
Katherine A. Bowles, State Bar No. 287426
kbowles@nelsonhardiman.com
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024
Tel:    +1.310.203.2800
Fax:    +1.310.203.2727

*Attorneys for Defendant Cambridge Healthcare Services*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES EX REL. TURNER,** *et al.*,<br><br>                    Plaintiffs,<br><br>       v.<br><br>**DYNAMIC MEDICAL SYSTEMS, LLC,** *et al.*,<br><br>                    Defendants. | Case No. 1:17-CV-01757-NONE-SAB<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO STRIKE THE STATE OF CALIFORNIA'S NOTICE OPPOSING DISMISSAL ON THE BASIS OF THE PUBLIC DISCLOSURE BAR**<br><br>Date:    August 4, 2020<br>Time:    10:30 AM<br>Ctrm.:   4 (7th Floor)<br>Judge:   None |

**TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 4, 2020 at 10:30 AM, or as soon thereafter as the matter may be heard before the Honorable Dale A. Drozd of the United States District Court for the Eastern District of California, at the United States Courthouse, 2500 Tulare Street, Seventh Floor, Fresno, CA 93721, Defendants Dynamic Medical Systems, LLC, Joerns Healthcare, LLC, Plum Healthcare Group LLC, Covenant Care California, LLC, Mariner Health Care Management Company, and Cambridge Healthcare Services (collectively, "Defendants"), by and through their attorneys, will and hereby do move for an order striking the State of California's Notice Opposing Dismissal on the Basis of the Public Disclosure Bar (the "Notice") (Dkt. 86) as procedurally improper and granting Defendants such other and further relief as the Court deems just and proper.

As set forth in the accompanying brief, the State of California inappropriately has filed a Notice purporting to unilaterally remove from this Court's consideration the application to this action of the public disclosure bar of the California False Claims Act ("CFCA"). As argued in Defendants' fully briefed Motions to Dismiss (Dkts. 59, 60, 64, 67), both the CFCA claims and the other claims in Relator's First Amended Complaint (the "Complaint") alleging violations of the federal False Claims Act ("FCA") are subject to dismissal for failure to plead these allegations with the particularity required by Fed. R. Civ. P. 9(b) and for failure otherwise to state claims for which relief can be granted under Fed. R. Civ. P. 12(b)(6) – including failure to allege a single claim presented for payment to Medicare or Medi-Cal as required by the FCA and CFCA. The public disclosure bar under the CFCA presents an additional, independent ground for dismissal of Relator's claims.

The CFCA public disclosure bar provides that this Court "***shall dismiss*** an action or claim under this section, ***unless opposed by the Attorney General*** or prosecuting authority of a political subdivision, if substantially the same allegations or transactions as alleged in the action or claim were publicly disclosed …." Cal. Gov't Code § 12652(d)(3) (emphases added). As such, the CFCA public disclosure bar requires dismissal of Relator's claims because, as set forth in

Defendants' Motions to Dismiss, those same allegations already were disclosed to the public by the State of California as the result of routine Medi-Cal audits well before Relator filed his Complaint.

The State of California took no action to oppose the application of the public disclosure bar until almost two months *after* the Motions to Dismiss were fully briefed; and when it finally did take action in the form of filing its Notice, it did not state a single substantive opposition, as required by the plain meaning of the statutory language enacting the public disclosure bar, or set forth arguments as to why the bar should not apply to this case in the face of compelling facts and circumstances establishing that it should. The Notice should be stricken, therefore, and not considered by the Court in deciding Defendants' Motions to Dismiss.

This motion is based on this Notice of Motion and Motion; the accompanying Brief in Support of Defendants' Motion to Strike the State of California's Notice Opposing Dismissal on the Basis of the Public Disclosure Bar; the pleadings and proceedings in this action; and on such other written and oral argument as may be presented to the Court.

Dated: July 7, 2020

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By  /s/ Scott A. Memmott
Scott A. Memmott

*Attorneys for Defendants Dynamic Medical Systems, LLC and Joerns Healthcare, LLC*

BARNES & THORNBURG, LLP

By  /s/ Eric J. Beste (authorized 07/06/20)
Eric J. Beste

*Attorneys for Defendant Plum Healthcare Group LLC*

HOOPER, LUNDY & BOOKMAN, P.C.


By  */s/ Scott J. Kiepen (authorized 07/07/20)*
Scott J. Kiepen

*Attorneys for Defendants Covenant Care California, LLC and Mariner Health Care Management Company*


NELSON HARDIMAN LLP


By */s/ Mark Hardiman (authorized 07/06/20)*
Mark Hardiman

*Attorneys for Defendant Cambridge Healthcare Services*

5

DEFENDANTS' MOTION TO STRIKE
CALIFORNIA'S NOTICE
1:17-CV-01757-NONE-SAB