UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES EX REL. TURNER, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DYNAMIC MEDICAL SYSTEMS, LLC et al.,<br><br>    Defendants. | Case No. 1:17-cv-01757-NONE-SAB<br><br>ORDER RE SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT AND CONTINUING SCHEDULING CONFERENCE<br><br>(ECF No. 100) |

On July 29, 2020, the parties filed a second stipulation for an extension of time to August 26, 2020 for Defendant Invacare Corporation to file a responsive pleading. (ECF No. 100.) There is also a motion to strike pending before the district judge. (ECF Nos. 95, 97-98, 99.) Due to the stipulation to extend time to respond to the complaint and the pending motion to dismiss, the Court shall continue the scheduling conference in this matter.

Accordingly, IT IS HEREBY ORDERED that:

1. Invacare Corporation's responsive pleading shall be filed on or before **August 26, 2020**;

2. The scheduling conference set for September 1, 2020 is CONTINUED to **December 1, 2020 at 10:30 a.m.** in Courtroom 9; and

/ / /

3. The parties shall file a joint scheduling report **seven (7) days** prior to the continued scheduling conference date.

IT IS SO ORDERED.

Dated: __**July 30, 2020**__

UNITED STATES MAGISTRATE JUDGE