# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES EX REL. TURNER, et al., | Case No. 1:17-cv-01757-NONE-SAB |
|---|---|
| Plaintiffs, | ORDER RE THIRD STIPULATION TO EXTEND TIME FOR DEFENDANT INVACARE CORPORATION TO RESPOND TO PLAINTIFFS' COMPLAINT |
| v. | |
| DYNAMIC MEDICAL SYSTEMS, LLC et al., | |
| Defendants. | (ECF No. 102) |

On August 26, 2020, a third stipulation was filed for Defendant Invacare Corporation's time to answer or otherwise respond to Plaintiffs' complaint to be extended from August 26, 2020 to September 4, 2020.

Pursuant to the stipulation of the parties, and finding good cause, IT IS HEREBY ORDERED that Defendant Invacare Corporation shall file a responsive pleading on or before **September 4, 2020**.

IT IS SO ORDERED.

Dated:   **August 26, 2020**

UNITED STATES MAGISTRATE JUDGE