Daniel A. Cody (State Bar No. 230650)
dcody@jonesday.com
**JONES DAY**
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:    +1.415.626.3939
Facsimile:     +1.415.875.5700

Attorneys for Defendant
INVACARE CORPORATION

Justin T. Berger (State Bar No. 250346)
jberger@cpmlegal.com
Sarvenz "Nazy" J. Fahimi (State Bar No. 226148)
sfahimi@cpmlegal.com
**COTCHETT, PITRE & MCCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone:    +1.650.697.6000
Facsimile:     +1.650.697.0577

Attorneys for Relator

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES EX REL. TURNER, et al.,**<br><br>                Plaintiffs,<br><br>        v.<br><br>**DYNAMIC MEDICAL SYSTEMS, LLC et al.,**<br><br>                Defendants. | Case No. 1:17-cv-01757-NONE-SAB<br><br>**FOURTH STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT** |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that:

    1. On July 1, 2020, Defendant Invacare Corporation obtained additional time to answer or otherwise respond to Plaintiffs' complaint through a filed stipulation for extension (Dkt. 94).  This twenty-eight (28) day extension was properly filed without leave of

the Court pursuant to the Local Rules of Practice for the United States District Court, Eastern District. See L.R. 144. The parties agreed that the last day for Defendant Invacare Corporation to answer or otherwise respond to Plaintiffs' complaint was July 29, 2020.

2. On July 29, 2020, Defendant Invacare Corporation filed a second stipulation for extension whereby the parties agreed that the last day for Defendant Invacare Corporation to answer or otherwise respond to Plaintiffs' complaint was August 26, 2020 (Dkt. 100).

3. On July 30, 2020, the Court issued an order whereby Defendant Invacare Corporation's responsive pleading will be filed on or before August 26, 2020 and the scheduling conference is continued to December 1, 2020 (Dkt. 101).

4. On August 26, 2020, Defendant Invacare Corporation filed a third stipulation for extension whereby the parties agreed that the last day for Defendant Invacare Corporation to answer or otherwise respond to Plaintiffs' complaint was September 4, 2020 (Dkt. 102).

5. On August 26, 2020, the Court issued an order whereby Defendant Invacare Corporation's responsive pleading will be filed on or before September 4, 2020 (Dkt. 103).

6. The parties continue to actively negotiate Defendant Invacare Corporation's status in this case and to seek certain required approvals. Given these ongoing discussions, there is good cause for an additional extension of time.

7. The date for Defendant Invacare Corporation to answer or otherwise respond to Plaintiffs' complaint is extended from September 4, 2020 to September 18, 2020.

1    Respectfully submitted,

4    Dated: September 4, 2020            **JONES DAY**

6                                         By:   /s/ Daniel A. Cody
7                                         Daniel A. Cody

8                                         Attorneys for Defendant
                                          INVACARE CORPORATION

10   Dated: September 4, 2020            **COTCHETT, PITRE & MCCARTHY, LLP**

12                                        By: /s/ Justin T. Berger (as authorized on 9/4/2020)
                                          Justin T. Berger

13                                        Attorneys for Relator
14                                        THOMAS TURNER

# **ORDER**

PURSUANT TO THIS STIPULATION, **IT IS HEREBY ORDERED THAT**:

1. Invacare Corporation's responsive pleading shall be filed on or before September 18, 2020.

IT IS SO ORDERED.

Dated:   **September 4, 2020**

UNITED STATES MAGISTRATE JUDGE