UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES EX REL. TURNER, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>DYNAMIC MEDICAL SYSTEMS, LLC et al.,<br><br>　　　　　　Defendants. | Case No. 1:17-cv-01757-NONE-SAB<br><br>ORDER DENYING PARTIES' FIFTH STIPULATION TO EXTEND TIME FOR DEFENDANT INVACARE CORPORATION TO RESPOND TO PLAINTIFFS' COMPLAINT<br><br>(ECF No. 106)<br><br>FIVE DAY DEADLINE |

　　　　On July 1, 2020, the parties stipulated to an extension of time for Defendant Invacare Corporation to file a responsive pleading.  See Local Rule 144(a).  The Court has previously granted stipulations for an extension of time for Defendant Invacare Corporation to respond to Plaintiff's complaint on July 30, 2020; August 26, 2020; and September 4, 2020.  (ECF Nos. 101, 103, 105.)  Currently before the Court is the parties' fifth stipulation for an extension of time to file a responsive pleading.  (ECF No. 6.)

　　　　Upon review of the stipulation, the Court finds that the parties have not demonstrated good cause for yet another extension of time.

　　　　Accordingly, IT IS HEREBY ORDERED that the fifth stipulation to extend time for Defendant Invacare Corporation to respond to the complaint is DENIED; and Defendant Invacare shall file a responsive pleading within **five (5) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated:　__September 21, 2020__　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1