# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DYNAMIC MEDICAL SYSTEMS, LLC, et al., <br><br> Defendants. | Case No. 1:17-cv-01757-NONE-SAB <br><br> ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO CONTINUE THE SCHEDULING CONFERENCE AND THE SCHEDULING CONFERENCE TO DECEMBER 2, 2020 AND REQUIRING PLAINTIFF TO FILE AN OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION TO CONTINUE THE SCHEDULING CONFERENCE <br><br> DEADLINE: NOVEMBER 12, 2020 |

Currently there are several motions to dismiss pending before the district judge that were filed in January 2020. (ECF Nos. 60-63, 64, 65, 66-67.) After being continued several times to allow for decision on the motion to dismiss, the mandatory scheduling conference in this matter is set for December 1, 2020, at 10:30 a.m. in Courtroom 9. (ECF No. 101.) On November 3, 2020, Defendants filed a motion to continue the mandatory scheduling conference until a decision on the motions to dismiss is issued. (ECF No. 112.) The motion states that Plaintiff Thomas Turner intends to oppose the motion. (Id.)

The parties are advised that the Court hears motions on Wednesday at 10:00 a.m. Therefore, the hearing on the motion and the scheduling conference shall be continued to December 2, 2020 at 10:00 a.m.

Accordingly, IT IS HEREBY ORDERED that:

1. The scheduling conference set for December 1, 2020, is CONTINUED to **December 2, 2020 at 10:00 a.m.** in Courtroom 9;

2. The hearing on Defendants' motion to continue the scheduling conference set for December 1, 2020, is CONTINUED to **December 2, 2020, at 10:00 a.m.** in Courtroom 9;

3. The parties shall file a joint scheduling report seven (7) days prior to the continued scheduling conference; and

4. Plaintiff shall file an opposition or statement of non-opposition to Defendants' motion to continue the mandatory scheduling conference on or before **November 12, 2020**.

IT IS SO ORDERED.

Dated: **November 4, 2020**

UNITED STATES MAGISTRATE JUDGE