JUSTIN T. BERGER (SBN 250346)
jberger@cpmlegal.com
SARVENAZ "NAZY" J. FAHIMI (SBN 226148)
sfahimi@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Relator*

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA AND THE STATE OF CALIFORNIA** *ex rel.* **THOMAS TURNER,**<br><br>Plaintiffs,<br><br>v.<br><br>**DYNAMIC MEDICAL SYSTEMS LLC,; JOERNS HEALTHCARE LLC.; COVENANT CARE CALIFORNIA LLC; MARINER HEALTH CARE MANAGEMENT COMPANY; PLUM HEALTHCARE GROUP LLC; and CAMBRIDGE HEALTHCARE SERVICES,**<br><br>Defendants. | CASE NO. 1:17-cv-01757-NONE-SAB<br><br>**RELATOR'S OPPOSITION TO DEFENDANTS' MOTION FOR CONTINUANCE OF SCHEDULING CONFERENCE AND TO STAY DISCOVERY**<br><br>Magistrate Judge: Stanley A. Boone |

1   Pursuant to the Court's February 23, 2021 Order (ECF No. 117), Relator hereby opposes Defendants' motion to stay discovery and continue the scheduling conference currently scheduled for March 23, 2021 (ECF No. 116).

Defendants seek to stay the Scheduling Conference and/or discovery on the basis that their Motions to Dismiss are pending. Relator again opposes the request in order to allow at least <u>limited</u> discovery to commence. For example, Relator would propose that the Parties: (1) exchange Initial Disclosures; (2) commence written discovery; and (3) be allowed to take depositions solely under Fed. R. Civ. Proc. 30(b)(6) on issues of data, systems, and organizational structure, to allow an efficient and orderly discovery plan to be laid out. This limited discovery would have minimal burden on the Parties.

This case was filed in December 2017 (and remained under seal pending the government's investigation until September 16, 2019 [ECF No. 18]). Defendants' Motions to Dismiss have been pending for almost eleven months.

Further delay would be particularly unfair given that the government's investigation into this matter was cut short by the Court. *See* March 20, 2019 Order (ECF No. 13); Joint Notice of No Decision (ECF No. 17). For the last eighteen months, the United States and State of California could have continued with their under-seal investigation of the claims. Instead, the case was forced into public litigation, yet Relator has been denied the opportunity to commence discovery. Defendants are the only beneficiaries of these circumstances, as memories will fade further, and evidence will grow more stale.

Even if some pacing of discovery were warranted, a continued <u>blanket</u> stay of discovery, as requested by Defendants, is highly disfavored. *See In re Valence Techn'y Sec. Litig.*, 1994 WL 758688, at *2 (N.D. Cal. 1994) (citing *Landis v. North American Co.*, 299 U.S. 248, 255 (1936)) ("[c]ourts have not looked favorably upon granting a blanket stay of discovery pending resolution of a challenge to the legal sufficiency of a plaintiff's complaint"); *Spearman v. I Play, Inc.*, 2018 WL 1382349, at *1 (E.D. Cal. 2018); *Salazar v. Honest Tea, Inc.*, 2015 WL 6537813, at *1 (E.D. Cal. 2015). A "defendant must make a clear showing of hardship or inequity to justify a blanket stay of discovery pending resolution of a challenge on the pleadings." *In re Valence Technology Securities*

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

RELATOR'S OPPOSITION TO DEFENDANTS' MOTION FOR CONTINUANCE OF
SCHEDULING CONFERENCE AND TO STAY DISCOVERY;
Case No. 1:17-cv-01757-NONE-SAB                                           1

*Litigation*, 1994 WL 758688 at *2 (N.D. Cal. 1994). If some delay of discovery is warranted in this case, the best way to determine which discovery should proceed, and which can await determination of the Motions to Dismiss, is via a Scheduling Conference with the Court.

For these reasons, Relator respectfully requests that the Court deny Defendants' Motion for a Continuance and to Stay Discovery, and allow the Scheduling Conference, and <u>limited</u> discovery, to proceed.

Dated: March 2, 2021           **COTCHETT, PITRE & McCARTHY, LLP**

By:    */s/ Justin T. Berger*
        JUSTIN T. BERGER
        SARVENAZ "NAZY" J. FAHIMI

*Attorneys for Relator Thomas Turner*

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

**RELATOR'S OPPOSITION TO DEFENDANTS' MOTION FOR CONTINUANCE OF SCHEDULING CONFERENCE AND TO STAY DISCOVERY;**
Case No. 1:17-cv-01757-NONE-SAB

2