# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DYNAMIC MEDICAL SYSTEMS, LLC, et al.,<br><br>Defendants. | Case No.  1:17-cv-01757-NONE-SAB<br><br>ORDER GRANTING DEFENDANTS' UNOPPOSED FOURTH MOTION TO CONTINUE THE SCHEDULING CONFERENCE AND CONTINUING THE SCHEDULING CONFERENCE TO JANUARY 18, 2022<br><br>(ECF No. 122) |

On December 28, 2017, Plaintiff Thomas A. Turner filed this action pursuant to the False Claims Act, 31 U.S.C. § 3721, et seq., against Defendants Dynamic Medical Systems, LLC; Joerns Healthcare, LLC; Covenant Care California, LLC; Mariner Healthcare Management Company; Plum Healthcare Group, LLC; and Cambridge Healthcare Services.  (ECF No. 1.)  A mandatory scheduling conference was set for October 9, 2019.  (ECF No. 21.)  On January 29, 2020, Defendants Dynamic Medical Systems, LLC; Joerns Healthcare, LLC; Cambridge Healthcare Systems; and Plum Healthcare Group, LLC filed motions to dismiss.  (ECF Nos. 60–63, 64, 65, 66–67.)  The State of California also filed a "notice opposing dismissal" on May 28, 2020 (ECF No. 86), which Defendants have moved to strike as untimely (ECF No. 95).  The motions to dismiss and motion to strike are fully briefed and currently pending before the Court.  (See ECF Nos. 74–83, 95, 97–99.)

Meanwhile, on May 19, 2020, Defendants filed a motion to stay discovery and continue

1  the scheduling conference until the motions to dismiss were decided.  (ECF No. 84.)  On June 5,
2  2020, the Court granted Defendants' request and stayed discovery pending completion of the
3  scheduling conference.   (ECF No. 89.)   On November 3, 2020 and February 23, 2021,
4  Defendants filed a second and third motion to continue the scheduling conference, this time until
5  a decision was rendered on the motions to dismiss and motion to strike.  (ECF Nos. 112, 116.)
6  The Court granted these motions, continuing the scheduling conference to March 23, 2021 and
7  then July 20, 2021, respectively.  (ECF Nos. 115, 120.)  On June 22, 2021, the Court *sua sponte*
8  issued a minute order continuing the scheduling conference to October 19, 2021, in light of the
9  pending motions to dismiss and motion to strike.  (ECF No. 121.)

10  Presently before the Court is Defendants' fourth motion to continue the scheduling
11  conference, filed on September 21, 2021.  (ECF No. 122.)  The time to oppose the motion has
12  passed and no opposition to the motion has been filed.  Having considered the moving papers,
13  the lack of opposition, and the procedural posture of this action, the Court finds the motion
14  suitable for decision without oral argument.  See Local Rule 230(g).  As the Court previously
15  determined, the pending motions to dismiss could result in the dismissal of this action in its
16  entirety and requiring the parties to incur the costs of written discovery and depositions should
17  this matter be dismissed would be a waste of the parties' resources and could require the Court to
18  unnecessarily expend judicial resources.  For these reasons, and in light of the fact that the
19  motion is unopposed, the Court finds good cause exists to continue the scheduling conference
20  and stay discovery to allow the pending motions to dismiss and motion to strike to be decided.
21  Should the motions to dismiss and strike be denied and this matter become ripe for scheduling
22  prior to the continued date, the parties may request that the scheduling conference be advanced.

23  Accordingly, IT IS HEREBY ORDERED that:
24  1.  Defendants' motion to continue the scheduling conference and stay discovery,
25      filed September 21, 2021 (ECF No. 122), is GRANTED;
26  2.  The scheduling conference set for October 19, 2021, is CONTINUED to **January
27      18, 2022, at 10:30 a.m.** in Courtroom 9; and
28  ///

3.   The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **October 13, 2021**

_____
UNITED STATES MAGISTRATE JUDGE