# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA AND THE STATE OF CALIFORNIA *EX REL* THOMAS TURNER,<br><br>    Plaintiffs,<br><br>    v.<br><br>DYNAMIC MEDICAL SYSTEMS LLC, et al.,<br><br>    Defendants. | Case No. 1:17-cv-01757-JLT-SAB<br><br>ORDER RE STIPULATION TO EXTEND TIME TO FILE AMENDED COMPLAINT<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>(ECF Nos. 132, 137) |
|---|---|

On January 24, 2022, the Court issued an order granting in part and denying in part several motions to dismiss. (ECF No. 135.) Pursuant to that order, the amended complaint is due to be filed on February 21, 2022.

On February 11, 2022, the parties filed a stipulated request to extend the time for Plaintiffs to file the amended complaint, submitted a proposed briefing schedule that anticipates a motion to dismiss, and requested the Court continue the scheduling conference currently set for April 19, 2022, to a date after the reply deadline of Defendants' anticipated motion. (ECF No. 137.) The Court finds good cause exists to approve the stipulated request. The Court shall also continue the scheduling conference set for April 19, 2022, to August 23, 2022.

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY

ORDERED that:

1. Plaintiffs shall file their amended complaint on or before **March 21, 2022**;
2. Defendants shall file a pleading responsive to the amended complaint on or before **May 9, 2022**;
3. Plaintiff's opposition to any motion to dismiss the amended complaint shall be filed on or before **June 6, 2022**;
4. Defendants' reply shall be filed on or before **June 20, 2022**;
5. The scheduling conference set for April 19, 2022, is CONTINUED to **August 23, 2022, at 10:00 a.m.** in Courtroom 9; and
6. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **February 14, 2022**

UNITED STATES MAGISTRATE JUDGE