# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | Case No. 1: 17-cv-01757-JLT-SAB |
| Plaintiffs, | ORDER GRANTING JONATHAN P. YORK'S *PRO HAC VICE* APPLICATION |
| v. | (ECF No. 139) |
| DYNAMIC MEDICAL SYSTEMS, LLC, et al., | |
| Defendants. | |

The court has read and considered the application of Jonathan P. York, attorney for Defendants Dynamic Medical Systems, LLC, and Joerns Healthcare, LLC, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District.  Having reviewed the application, Jonathan P. York's application for admission to practice *pro hac vice* is HEREBY GRANTED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **March 11, 2022**

UNITED STATES MAGISTRATE JUDGE