# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | Case No. 1:17-cv-01757-JLT-SAB |
| Plaintiffs, | ORDER RE STIPULATED MOTION TO EXTEND TIME TO FILE REPLY BRIEF |
| v. | (ECF Nos. 138, 155) |
| DYNAMIC MEDICAL SYSTEMS LLC, et al., | |
| Defendants. | |

On February 14, 2022, the Court set a briefing schedule on forthcoming motions to dismiss, including a June 20, 2022 deadline to file reply briefs. (ECF No. 138.) On June 13, 2022, the parties filed a stipulated request to extend the deadline for Defendants to file reply briefs in support of their motions to dismiss and strike, until June 29, 2022. (ECF No. 155.) The Court finds good cause to grant the stipulated extension of time.

///
///
///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that the stipulated motion (ECF No. 155) is GRANTED, and Defendants shall file any reply briefs in support of their motions to dismiss and strike on or before June 29, 2022.

IT IS SO ORDERED.

Dated:   **June 13, 2022**

UNITED STATES MAGISTRATE JUDGE