# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DYNAMIC MEDICAL SYSTEMS, LLC, et al.,<br><br>Defendants. | Case No. 1:17-cv-01757-JLT-SAB<br><br>ORDER REQUIRING RELATOR THOMAS TURNER TO FILE AN OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION TO CONTINUE THE SCHEDULING CONFERENCE WITHIN FOURTEEN DAYS<br><br>(ECF No. 161) |

Following adjudication of motions to dismiss and the filing of a second amended complaint, a scheduling conference is currently set for August 23, 2022. (ECF Nos. 135, 138, 141.) On May 9 and 10, 2022, motions to dismiss were filed that are currently pending before the District Judge. (ECF Nos. 144, 145, 146.) On July 26, 2022, Defendant filed a motion to continue the scheduling conference. (ECF No. 161.) The motion states that Relator Thomas Turner opposes the continuance of the scheduling conference. (Id.) The Court shall order any opposition be filed within fourteen (14) days.

/ / /

/ / /

/ / /

/ / /

/ / /'

1

Accordingly, IT IS HEREBY ORDERED that Relator Thomas Turner shall file an opposition or statement of non-opposition to Defendants' motion to continue the mandatory scheduling conference within fourteen (14) days of entry of this order.[1]

IT IS SO ORDERED.

Dated: **July 26, 2022**

UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that it has repeatedly engaged in the exercise in this matter of granting Defendants' motions to continue the scheduling conference.  (See ECF Nos. 89, 115, 120, 124, 132.)  The Court again notifies the parties' of the Court's general practice of monitoring scheduling conferences for readiness, and continuing such conferences *sua sponte* when there are motions pending that make scheduling conferences unproductive.

2