1   **COTCHETT, PITRE & McCARTHY, LLP**
2   Justin T. Berger (SBN 250346)
    jberger@cpmlegal.com
    San Francisco Airport Office Center
3   840 Malcolm Road
    Burlingame, CA 94010
4   Tel:   +1.650.697.6000
    Fax:   +1.650.697.0577
5
    Carlos Urzua
6   curzua@cpmlegal.com
    2716 Ocean Park Blvd., Suite 3088
7   Santa Monica, CA 90405
    Tel:   +1.310.392.2008
8   Fax:   +1.310.392.0111

9   *Attorneys for Relator Thomas Turner*

10  **MORGAN, LEWIS & BOCKIUS LLP**
    Scott A. Memmott, *pro hac vice*
11  scott.memmott@morganlewis.com
    Howard J. Young, *pro hac vice*
12  howard.young@morganlewis.com
    Kayla Stachniak Kaplan, *pro hac vice*
13  kayla.kaplan@morganlewis.com
    Jonathan P. York, *pro hac vice*
14  jonathan.york@morganlewis.com
    Michelle M. Arra, State Bar No. 329566
15  michelle.arra@morganlewis.com
    1111 Pennsylvania Avenue, NW
16  Washington, DC 20004-2541
    Tel:   +1.202.739.3000
17  Fax:   +1.202.739.3001

18  *Attorneys for Defendants Dynamic Medical Systems,*
    *LLC and Joerns Healthcare, LLC*
19
    **BARNES & THORNBURG, LLP**
20  Eric J. Beste, State Bar No. 226089
    Eric.Beste@btlaw.com
21  655 West Broadway, Suite 1300
    San Diego, CA 92101
22  Tel:   +1.619.321.5015
    Fax:   +1.310.284.3894
23
    *Attorneys for Defendant Plum Healthcare Group LLC*
24
    **HOOPER, LUNDY & BOOKMAN, P.C.**
25  Scott J. Kiepen, State Bar No. 175504
    skiepen@health-law.com
26  Katrina A. Pagonis, State Bar No. 262890
    kpagonis@health-law.com
27  Stephanie A. Gross, State Bar No. 307728
28

STIPULATED APPLICATION TO CONTINUE
HEARING DATE
1:17-CV-01757-WBS-SAB

sgross@health-law.com
101 Montgomery Street, 11th Floor
San Francisco, CA 94104
Tel:    +1.415.875.8500
Fax:    +1.415.986.2157

Joseph R. Lamagna, State Bar No. 246850
jlamagna@health-law.com
101 W. Broadway, Suite 1200
San Diego, CA 92101-3890
Tel:    +1.619.744.7300
Fax:    +1.619.230.0987

Bridget A. Gordon, State Bar No. 287098
bgordon@health-law.com
1875 Century Park East, Suite 1600
Los Angeles, CA 90067
Tel:    +1.310.551.8111
Fax:    +1.310.551.8181

*Attorneys for Defendants Covenant Care California,
LLC and Mariner Health Care Management Company*

**NELSON HARDIMAN LLP**
Mark Hardiman, State Bar No. 136602
mhardiman@nelsonhardiman.com
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024
Tel:    +1.310.203.2800
Fax:    +1.310.203.2727

*Attorneys for Defendant Cambridge Healthcare
Services*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA AND THE STATE OF CALIFORNIA EX REL. THOMAS TURNER**, <br><br> Plaintiffs, <br><br> v. <br><br> **DYNAMIC MEDICAL SYSTEMS, LLC**, *et al.*, <br><br> Defendants. | Case No. 1:17-CV-01757-WBS-SAB <br><br> **STIPULATED APPLICATION FOR CONTINUANCE OF MOTIONS TO DISMISS HEARING DATE** <br><br> Hearing Date:   September 18, 2023 <br> Hearing Time:   1:30 pm <br> Courtroom:    5 <br> Judge:    William B. Shubb |

Pursuant to Local Rule 230(f) and the Honorable William B. Shubb's Case Management Procedures, Relator Thomas Turner ("Relator") and Defendants Dynamic Medical Systems, LLC, Joerns Healthcare, LLC, Plum Healthcare Group LLC, Covenant Care California, LLC, Mariner Health Care Management Company, and Cambridge Healthcare Services (collectively, "Defendants," and with Relator, the "Parties"), by and through their counsel, respectfully submit this Stipulated Application for Continuance requesting that the Court continue the September 18, 2023 hearing date set for the Motions to Dismiss for good cause as follows:

1.      On January 24, 2022, the Court issued an order granting in part and denying in part Defendants' motions to dismiss Relator's First Amended Complaint, dismissing six of the eight claims without prejudice and the other two claims with prejudice.  ECF No. 135.

2.      On March 21, 2022, Relator filed a Second Amended Complaint, repleading certain of the dismissed claims.  ECF No. 141.

3.      On May 9, 2022, Defendants filed motions to dismiss the Second Amended Complaint in its entirety (ECF Nos. 142, 144, 145, and 146, together the "Motions to Dismiss"), which were fully briefed as of June 30, 2022.

4.      On September 7, 2023, this case was reassigned to Senior Judge William B. Shubb for all further proceedings (ECF No. 174), and the Court thereafter set oral argument for the pending Motions to Dismiss for Monday, September 18, 2023 at 1:30 pm (ECF No. 175).

5.      Counsel for Defendant Cambridge Healthcare Services is currently in trial in Department 41 of Ventura County Superior Court during the month of September, including on September 18, 2023, in the case of *Skillern et al. v. Kong et al.*, Case. No.  56-2019-00537489-CU-CO-VTA.  The trial is estimated to conclude on approximately October 11, 2023.

6.      Accordingly, upon counsel for Defendants' request due to the significant trial conflict, the Parties agreed to stipulate to a continuance of the hearing date for the Motions to Dismiss.

STIPULATED APPLICATION TO CONTINUE
HEARING DATE
1:17-CV-01757-WBS-SAB

7.      On behalf of the Parties, counsel for Joerns Healthcare, LLC contacted the courtroom deputy to check the dates for a continued hearing and confirmed that October 16, 2023 at 1:30 pm is available.

WHEREFORE, the Parties respectfully request that the Court grant this Stipulation and enter an order re-setting the hearing date on the pending Motions to Dismiss to October 16, 2023.

Dated:    September 11, 2023                  Respectfully submitted,

NELSON HARDIMAN LLP

By  */s/ Mark Hardiman (auth. 09/11/23)*
     Mark Hardiman

*Attorneys for Defendant*
*Cambridge Healthcare Services*

MORGAN, LEWIS & BOCKIUS LLP

By  */s/ Scott A. Memmott*
     Scott A. Memmott

*Attorneys for Defendants*
*Dynamic Medical Systems, LLC and*
*Joerns Healthcare, LLC*

BARNES & THORNBURG, LLP

By  */s/ Eric J. Beste (auth. 09/11/23)*
     Eric J. Beste

*Attorneys for Defendant Plum Healthcare*
*Group LLC*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HOOPER, LUNDY & BOOKMAN, P.C.


By  */s/ Scott J. Kiepen (auth. 09/11/23)*
    Scott J. Kiepen

*Attorneys for Defendants Covenant Care*
*California, LLC and Mariner Health*
*Care Management Company*


COTCHETT, PITRE & McCARTHY, LLP


By  */s/ Carlos Urzua (auth. 09/11/23)*
    Carlos Urzua

*Attorneys for Relator Thomas Turner*


AND NOW IT IS SO ORDERED:  The hearing date on the pending Motions to Dismiss (Docket

Nos. 142, 144, 145 and 146 is reset for October 16, 2023, at 1:30 p.m. in Courtroom 5, at the

Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, California.

Dated:  September 12, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATED APPLICATION TO CONTINUE
HEARING DATE
1:17-CV-01757-WBS-SAB