SARVENAZ "NAZY" J. FAHIMI (SBN 226148)
ELIZABETH CASTILLO (SBN 280502)
sfahimi@cpmlegal.com
ecastillo@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

CARLOS URZUA (SBN 303176)
curzua@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
2716 Ocean Park Blvd., Suite 3088
Santa Monica, California 90405
Telephone: (310) 392-2008
Facsimile: (310) 392-0111

*Attorneys for Relator Thomas Turner*

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA AND THE STATE OF CALIFORNIA *ex rel.* THOMAS TURNER,<br><br>Plaintiffs,<br><br>v.<br><br>DYNAMIC MEDICAL SYSTEMS LLC,; JOERNS HEALTHCARE LLC.; COVENANT CARE CALIFORNIA LLC; MARINER HEALTH CARE MANAGEMENT COMPANY; PLUM HEALTHCARE GROUP LLC; and CAMBRIDGE HEALTHCARE SERVICES,<br><br>Defendants. | CASE NO. 1:17-cv-01757-WBS-SAB<br><br>**JOINT STIPULATION** |

**JOINT STIPULATION; Case No. 1:17-cv-01757-WBS-SAB**

## **JOINT STIPULATION**

Relator, Thomas Turner ("Relator"), and Defendants Dynamic Medical Systems, LLC, Joerns Healthcare, LLC, Plum Healthcare Group LLC, Covenant Care California, LLC, Mariner Health Care Management Company, and Cambridge Healthcare Services (together, "Defendants"), collectively referred to as the ("Parties"), through their undersigned counsel, hereby stipulate as follows:

1. WHEREAS, Relator brought the instant case in the United States District Court, Eastern District of California (Case No. 1:17-CV-01757-WBS-SAB), under the *qui tam* provisions of the False Claims Act on behalf of the United States of America and State of California against Defendants, for alleged false claims in violation of the Federal False Claims Act, 31 U.S.C. § 3729, *et seq.* and California False Claims Act, Cal. Gov. Code § 12651, *et seq.*

2. WHEREAS, on October 18, 2023, the Court granted Defendants' Motions to Dismiss Relator's Second Amended Complaint with prejudice (ECF No. 182) and entered judgment (ECF No. 183).

3. WHEREAS, the Parties wish to resolve any and all future disputes, claims, actions, and demands between them.

4. NOW, THEREFORE, in consideration of the mutual promises made herein, Relator and Defendants hereby agree as follows:

    a. <u>No pursuit of appeal.</u>  Relator agrees not to pursue an appeal of the Court's October 18, 2023 order granting the motion to dismiss and judgment.

    b. <u>Fees, Costs, Expenses, and Sanctions</u>.  The Parties shall each bear their own costs, attorneys' fees, and other fees incurred in connection with the action. All Parties waive any right they have to seek sanctions in this action.

    c. <u>Voluntary Execution</u>.  Each party and signatory to this Stipulation represents that it freely and voluntarily enters into this Stipulation without any degree of duress or compulsion.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Respectfully submitted,

Dated: November 14, 2023         **COTCHETT, PITRE & McCARTHY, LLP**

By: */s/ Carlos Urzua*
    SARVENAZ "NAZY" J. FAHIMI
    ELIZABETH T. CASTILLO
    CARLOS URZUA

*Attorneys for Relator Thomas Turner*

Dated: November 14, 2023         **MORGAN, LEWIS & BOCKIUS LLP**

By: */s/ Kayla Stachniak Kaplan*
    SCOTT A. MEMMOTT
    KAYLA STACHNIAK KAPLAN

*Attorneys for Defendants Dynamic Medical Systems, LLC and Joerns Healthcare, LLC*

Dated: November 15, 2023         **HOOPER, LUNDY & BOOKMAN, P.C.**

By: */s/ Scott J. Kiepen*
    SCOTT J. KIEPEN
    KATRINA A. PAGONIS
    JOSEPH R. LAMAGNA

*Attorneys for Defendants Covenant Care California, LLC and Mariner Health Care Management Company*

Dated: November 14, 2023         **BARNES & THORNBURG LLP**

By: */s/ Eric Beste*
    ERIC J. BESTE

*Attorneys for Defendant Plum Healthcare Group, LLC*

Dated: November 16, 2023     **NELSON HARDIMAN LLP**

By:   */s/ Mark Hardiman*
     MARK HARDIMAN

*Attorneys for Defendant Cambridge Healthcare Services*

AND NOW, it is SO ORDERED.

Dated: November 17, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE